**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **Tyrone Flint, on Behalf of Himself and All Others Similarly Situated,** §<br>**Plaintiffs** §<br>§<br>§ | | |
| **vs.** §<br>§<br>§ | **CIVIL ACTION NO. 5:15-CV-00585-FB** | |
| **Monique E. Cisneros and Mario Alberto Guerra, collectively DBA Mario's Welding** §<br>**Defendants.** §<br>§<br>§ | | |

**DEFENDANTS' DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Monique E. Cisneros and Mario Alberto Guerra, collectively and d/b/a/ Mario's

Welding and submits the following as Designation of Experts:

Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979

Attorney for Defendants. Has knowledge regarding reasonable and necessary attorneys' fees and expenses related to Defendants' defenses, expert fees, court costs and expenses. May also testify regarding the applicable law and facts as they relate to Defendants' defenses.

Thomas N. Cammack, III
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979

Attorney for Defendants. Has knowledge regarding reasonable and necessary attorneys' fees and expenses related Defendants' defenses, expert fees, court costs and expenses. May also testify regarding the applicable law and facts as they relate to Defendants' defenses.

Respectfully Submitted,

/s/ Adam Poncio

**ADAM PONCIO**
**State Bar No. 16109800**
**Southern District I.D. 19487**
**THOMAS N. CAMMACK, III**
**State Bar No. 24073762**
**Southern District I.D. 2433512**

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Rd., Suite 109**
**San Antonio, Texas 78229-3550**
**Telephone:(210) 212-7979**
**Facsimile:(210) 212-5880**

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4$^h$ day December 2015, electronically filed the foregoing with the

Clerk of the Court using CM/ECF system and served on the following interested parties:

Charles M.R. Vethan
J. Seth Grove
The Vethan Law Firm, P.C.
3501 Allen Parkway
Houston, Texas 77019
Telephone:     (713) 526-2222
Facsimile:     (713) 526-2230

/s/ Adam Poncio
**ADAM PONCIO**