IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Tyrone Flint, on Behalf of Himself and All Others Similarly Situated, <br>     Plaintiffs <br><br> vs. <br><br> Monique E. Cisneros and Mario Alberto Guerra, collectively DBA Mario's Welding <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 5:15-CV-00585-FB |

### DEFENDANTS' REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Monique E. Cisneros and Mario Alberto Guerra Collectively DBA Mario's Welding, Defendants in the above-styled and numbered cause of action, and pursuant to Rule CV-88 of the Local Rules of the United States District Court for the Western District of Texas and the Scheduling Order issued in this matter, files this their Report on Alternative Dispute Resolution and would respectfully show unto the Court as follows:

I.

To date, the parties are in negotiations but have not reached a settlement agreement.

II.

The persons responsible for settlement negotiations are Monique E. Cisneros and Mario Alberto Guerra Collectively DBA Mario's Welding, Defendants and Defendants' Counsel of Record.

III.

Defendants are amenable to mediation at any step of the case or proceedings, including the present.

IV..

Defendants have been notified of the ADR procedures available in the United States District Court for the Western District of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully file this their Report on Alternative Dispute Resolution.

**Respectfully Submitted,**

BY: */s/ Adam Poncio*

    **ADAM PONCIO**
    **Southern District I.D. 19487**
    **State Bar No. 16109800**
    **THOMAS N. CAMMACK, III**
    **State Bar No. 24073762**

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Rd., Suite 109**
**San Antonio, Texas 78229-3550**
**Telephone:(210) 212-7979**
**Facsimile:(210) 212-5880**

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on the 25TH day January 2016, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

Charles M.R. Vethan
J. Seth Grove
The Vethan Law Firm, P.C.
3501 Allen Parkway
Houston, Texas 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230

*/s/ Adam Poncio*
**ADAM PONCIO**