IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TYRONE FLINT, on Behalf of Himself and All Others Similarly Situated,<br>Plaintiffs, | § § § § § | CIVIL ACTION NO. SA-15-CA-585-FB |
| v. | § § | |
| Monique E. Cisneros and Mario Alberto Guerra, collectively d/b/a Mario's Welding,<br>Defendants. | § § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to Rule CV-88 of the Local Rules of the United States District Court for the Western District of Texas and pursuant to the scheduling order in this matter, the Plaintiff, Tyrone Flint, submits the following ADR report:

1) On January 11, 2016, Plaintiff made a written offer of settlement. On January 21, 2016, Defendants rejected the settlement offer and proposed a counteroffer. Plaintiffs have rejected the counteroffer.

2) Defendants' counsel of record participated in the settlement negotiations. Plaintiff's counsel of record, J. Seth Grove, is responsible for settlement negotiations. The parties appear open to further settlement negotiations.

3) Parties are amenable to ADR, including mediation. Plaintiff wishes to receive all discovery responses, due by agreement within days of this report, prior to entering into any ADR procedure. Parties have not picked a mediator at this time.

Wherefore, Plaintiff respectfully files this Alternative Dispute Resolution Report.

                                        Respectfully submitted,
                                        The Vethan Law Firm, PC

                                        By: *J. Seth Grove*
                                        Charles M.R. Vethan
                                        Texas Bar No. 00791852
                                        J. Seth Grove
                                        Texas Bar No. 24069833
                                        8700 Crownhill Blvd, Ste 302
                                        San Antonio, Texas 78209
                                        Tel: 210-824-2220
                                        Fax: 210-826-2223
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that, a true and correct of copy of this instrument was served on all parties, represented through counsel or pro se, pursuant to the Federal Rules of Civil Procedure on this 25th day of January 2016, as follows:

Adam Poncio
State Bar No. 16109800
Thomas N. Cammack, III
State Bar No. 24073762
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229
210-212-7979– Telephone
210-212-5880– Facsimile
ATTORNEYS FOR DEFENDANTS

                                        By: /s/  J. Seth Grove
                                                  J. Seth Grove